# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

DONALD L. CRANFORD,               :

    Plaintiff,                :

vs.                               :   CA 05-0752-C

MICHAEL J. ASTRUE,                :
Commissioner of Social Security,
                                  :
    Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $1,675.00 under the Equal Access to Justice Act, representing compensation for 13.4 hours of service by Byron A. Lassiter, Esquire, at the market rate of $125.00 an hour.

**DONE** this the 30th day of March, 2007.

        s/WILLIAM E. CASSADY
        **UNITED STATES MAGISTRATE JUDGE**